**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of New York
_____
(State)

Case number (*if known*): _____    Chapter _____

FILED
U.S. BANKRUPTCY COURT
2025 MAY -6 P 12: 14
S.D.N.Y.

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| 1. **Debtor's name** | SHALOWS 514 CORP. |

| | |
|---|---|
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |

| | |
|---|---|
| 3. **Debtor's federal Employer Identification Number (EIN)** | 33 — 4949099 |

4. **Debtor's address**

**Principal place of business**

514 EAST 119TH STREET
Number    Street

New York      NY    10035
City       State   ZIP Code

NEW YORK
County

**Mailing address, if different from principal place of business**

Number    Street

P.O. Box

City      State   ZIP Code

**Location of principal assets, if different from principal place of business**

Number    Street

City      State   ZIP Code

5. **Debtor's website (URL)**

| Debtor | SHALOWS 514 CORP. | Case number (if known) |
|---|---|---|
| | Name | |

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___  ___  ___  ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply:*

   ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes. District _____ When ___/___/____ Case number _____
                                       MM / DD / YYYY
        District _____ When ___/___/____ Case number _____
                                       MM / DD / YYYY

| Debtor | SHALOWS 514 CORP. | Case number (if known) |
|---|---|---|
| | Name | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☐ Yes. Debtor _____    Relationship _____

District _____    When ____ / ____ / _____
                                              MM  /  DD  / YYYY

Case number, if known _____

**11. Why is the case filed in *this* district?**

*Check all that apply:*

☑ Debtor has its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                            Number        Street

_____

_____
City                                    State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

| Debtor | SHALOWS 514 CORP. | Case number (if known) |
|---|---|---|
| | Name | |

| | | | | | |
|---|---|---|---|---|---|
| **15. Estimated assets** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion | | |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion | | |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion | | |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion | | |
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion | | |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion | | |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion | | |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion | | |

## Request for Relief, Declaration, and Signatures

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05 06 2025
　　　　　　　　MM / DD / YYYY

X _Sharon Carlton_
Signature of authorized representative of debtor

SHARON CARLTON
Printed name

Title  PRESIDENT

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date _____
　　　MM / DD / YYYY

Printed name _____

Firm name _____

Number    Street _____

City _____    State ___    ZIP Code _____

Contact phone _____    Email address _____

Bar number _____    State ___

**Fill in this information to identify the case:**

Debtor name  SHALOWS 514 CORP.

United States Bankruptcy Court for the:  Southern District _____ District of  NY
                                                                    (State)

Case number (If known): _____

☐ Check if this is an
   amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor    SHALOWS 514 CORP.
             Name

Case number *(if known)*

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.  I have personal knowledge of the matters set forth in this Statement because:

    ☒ I am the president or other officer or an authorized agent of the Debtor corporation

    ☐ I am a party to an adversary proceeding

    ☐ I am a party to a contested matter

    ☐ I am the attorney for the Debtor corporation

2.a.  ☐ The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

    _____

    _____

    _____

    [For additional names, attach an addendum to this form.]

b.  ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date: 05/06/2025

By: _____
    Signature of Debtor, or attorney for Debtor

Name: SHARON CARLTON
    Printed name of Debtor, or attorney for Debtor

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                   Page 2              F 1007-4.CORP.OWNERSHIP.STMT

**Fill in this information to identify the case:**

Debtor name **SHALOWS 514 CORP.**

United States Bankruptcy Court for the: **Southern District**    District of **NY**
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B* ..................................................................................  $ __1,200,000.00__

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................  $ _____0.00

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B* ..................................................................................  $ __1,200,000.00__

---

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*............................  $ __2,245,000.00__

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F* ........................................  $ _____0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ..........................  + $ _____0.00

4. **Total liabilities**................................................................................................................  $ __2,245,000.00__
   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name **SHALOWS 514 CORP.**

United States Bankruptcy Court for the: **Southern**    District of **NY**
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☑ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   Current value of debtor's interest

2. **Cash on hand**                                                                                            $_____ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. _____ | _____ | __ __ __ __ | $_____ |
   | 3.2. _____ | _____ | __ __ __ __ | $_____ |

4. **Other cash equivalents** *(Identify all)*

   | | |
   |---|---|
   | 4.1. _____ | $_____ |
   | 4.2. _____ | $_____ |

5. **Total of Part 1**                                                                                         $_____ 0.00
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

   Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   | | |
   |---|---|
   | 7.1. _____ | $_____ |
   | 7.2. _____ | $_____ 0.00 |

Debtor   SHALOWS 514 CORP. _____          Case number *(if known)*_____
         Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____          $_____

   8.2._____          $_____

9. **Total of Part 2.**                                          | $_____0.00 |

   Add lines 7 through 8. Copy the total to line 81.

---

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☑ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

                                                                 Current value of debtor's
                                                                 interest

11. **Accounts receivable**

    11a. 90 days old or less:    _____ – _____ = ........➜          $_____
                                 face amount       doubtful or uncollectible accounts

    11b. Over 90 days old:       _____ – _____ = ........➜          $_____
                                 face amount       doubtful or uncollectible accounts

12. **Total of Part 3**                                          | $_____0.00 |

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

---

**Part 4:    Investments**

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

                                               Valuation method          Current value of debtor's
                                               used for current value     interest

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1._____     _____    $_____

    14.2._____     _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                           % of ownership:

    15.1._____     _____%         _____    $_____

    15.2._____     _____%         _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1._____     _____    $_____

    16.2._____     _____    $_____

17. **Total of Part 4**                                          | $_____0.00 |

    Add lines 14 through 16. Copy the total to line 83.

---

Debtor  SHALOWS 514 CORP.                                    Case number (if known)_____
       Name

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | | | | |
| _____ | ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | | | | |
| _____ | ___ MM / DD / YYYY | $_____ | _____ | $_____ |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____ 0.00

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____   Valuation method_____   Current value_____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor    SHALOWS 514 CORP.
_____    Case number (if known)_____
         Name

33. **Total of Part 6.**
   Add lines 28 through 32. Copy the total to line 85.

   $_____0.00

34. **Is the debtor a member of an agricultural cooperative?**
   ☑ No
   ☐ Yes. Is any of the debtor's property stored at the cooperative?
      ☐ No
      ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
   ☐ No
   ☐ Yes. Book value $_____   Valuation method _____   Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
   ☐ No
   ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
   ☐ No
   ☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☑ No. Go to Part 8.
   ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| 40. **Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**
   Add lines 39 through 42. Copy the total to line 86.

   $_____0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ☐ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ☐ No
   ☐ Yes

Debtor    <u>SHALOWS 514 CORP.</u>                          Case number *(if known)*_____
           Name

---

## Part 8:  Machinery, equipment, and vehicles

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |

**48.  Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |

**49.  Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |

**50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| _____ | $_____ | _____ | $_____ |

**51.  Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$_____ 0.00

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

Debtor    SHALOWS 514 CORP.                                      Case number (if known)_____
               Name

---

| **Part 9:** | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 514 E 119 St, Mew York, NY 100 | fee simple | $ | Estimate of value | $ 1,200,000.00 |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 1,200,000.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

| **Part 10:** | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| **61. Internet domain names and websites** | $ | | $ |
| **62. Licenses, franchises, and royalties** | $ | | $ |
| **63. Customer lists, mailing lists, or other compilations** | $ | | $ |
| **64. Other intangibles, or intellectual property** | $ | | $ |
| **65. Goodwill** | $ | | $ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00

---

Debtor    SHALOWS 514 CORP._____    Case number (if known)_____
          Name

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**
    ☐ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ☐ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

---

**Part 11:    All other assets**

---

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.
    ☑ No. Go to Part 12.
    ☐ Yes. Fill in the information below.

                                                                              Current value of
                                                                              debtor's interest

71. **Notes receivable**
    Description (include name of obligor)
    _____    _____  –  _____  = ➔    $_____
                            Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)
    _____    Tax year _____    $_____
    _____    Tax year _____    $_____
    _____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**
    _____                              $_____

74. **Causes of action against third parties (whether or not a lawsuit
    has been filed)**
    _____                              $_____
    Nature of claim    _____
    Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of
    every nature, including counterclaims of the debtor and rights to
    set off claims**
    _____                              $_____
    Nature of claim    _____
    Amount requested    $_____

76. **Trusts, equitable or future interests in property**
    _____                              $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets,
    country club membership
    _____                              $_____
    _____                              $_____

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.                $_____0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

Debtor   SHALOWS 514 CORP. _____          Case number (if known) _____
         Name

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $ 0.00 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $ 0.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $ 0.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $ 0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $ 0.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $ 0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $ 0.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $ 0.00 | |
| 88. Real property. *Copy line 56, Part 9.* ............................................................ ➜ | | $ 1,200,000.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $ 0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. Total. Add lines 80 through 90 for each column. ...........................91a. | $ 0.00 + 91b. | $ 1,200,000.00 |

92. Total of all property on Schedule A/B. Lines 91a + 91b = 92. ...................................................................... $ 1,200,000.00


**Fill in this information to identify the case:**

Debtor name **SHALOWS 514 CORP**

United States Bankruptcy Court for the: **SOUTHERN**    District of **NY**
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A — Amount of claim — Do not deduct the value of collateral. | Column B — Value of collateral that supports this claim |
|---|---|---|---|

**2.1**

Creditor's name
**Select Portfolio Services**

Describe debtor's property that is subject to a lien
**4 family at 1514 E. 119TH STREET, NEW YORK, NY 10035**

$ 1,428,000.00    $ 1,200,000.00

Creditor's mailing address
**P.O Box 65250Salt Lake City, UT 84165-0250**

Describe the lien
**First mortgage on Property**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known
_____

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Date debt was incurred  **3/1/2003**

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.
   **SPS and Planet Home Lending.**
   **SPS is first mortgage**

**2.2**

Creditor's name
**Planet Home Lending**

Describe debtor's property that is subject to a lien
**4 family at 1514 E. 119TH STREET, NEW YORK, NY 10035**

$ 817,000.00    $ 1,200,000.00

Creditor's mailing address
**321 Research Parkway, Suite 303Meriden, CT 06450817,500**

Describe the lien
**Seond Mortgage Lien**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known
_____

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Date debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes. The relative priority of creditors is specified on lines **see 2.1**

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $_____

Debtor    SHALOWS 514 CORP
_____
Name

Case number (if known)_____

| Part 1: | Additional Page |
|---|---|

|  |  | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2._ Creditor's name**

**Describe debtor's property that is subject to a lien**

_____    $_____    $_____

**Creditor's mailing address**

_____

_____    **Describe the lien**

_____

**Creditor's email address, if known**    **Is the creditor an insider or related party?**
☐ No
_____    ☐ Yes

**Date debt was incurred** _____    **Is anyone else liable on this claim?**
**Last 4 digits of account**    ☐ No
**number**    __ __ __ __    ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**    **As of the petition filing date, the claim is:**
☐ No    Check all that apply.
☐ Yes. Have you already specified the relative    ☐ Contingent
priority?    ☐ Unliquidated
☐ No. Specify each creditor, including this    ☐ Disputed
creditor, and its relative priority.

_____

_____

☐ Yes. The relative priority of creditors is
specified on lines _____

**2._ Creditor's name**

**Describe debtor's property that is subject to a lien**

_____    $_____    $_____

**Creditor's mailing address**

_____

_____    **Describe the lien**

_____

**Creditor's email address, if known**    **Is the creditor an insider or related party?**
☐ No
_____    ☐ Yes

**Date debt was incurred** _____    **Is anyone else liable on this claim?**
**Last 4 digits of account**    ☐ No
**number**    __ __ __ __    ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**    **As of the petition filing date, the claim is:**
☐ No    Check all that apply.
☐ Yes. Have you already specified the relative    ☐ Contingent
priority?    ☐ Unliquidated
☐ No. Specify each creditor, including this    ☐ Disputed
creditor, and its relative priority.

_____

_____

☐ Yes. The relative priority of creditors is
specified on lines _____

Debtor   __SHALOWS 514 CORP_____   Case number (if known)_____
         Name

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |

Fill in this information to identify the case:

Debtor        SHALOWS 514 CORP.

United States Bankruptcy Court for the:   Eastern District   District of  NY
                                                                        (State)

Case number
(If known)

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY
unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts
on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*
(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach
the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than
   3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

As of the petition filing date, the claim is:   $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account
number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)

**2.2** Priority creditor's name and mailing address

As of the petition filing date, the claim is:   $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account
number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

**2.3** Priority creditor's name and mailing address

As of the petition filing date, the claim is:   $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account
number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)

| Debtor | SHALOWS 514 CORP. | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 1.**    **Additional Page**

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|
| | $_____ | $_____ |

**2._**   **Priority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**     **Basis for the claim:**

_____     _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

Total claim $_____    Priority amount $_____

**2._**   **Priority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**     **Basis for the claim:**

_____     _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

Total claim $_____    Priority amount $_____

**2._**   **Priority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**     **Basis for the claim:**

_____     _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

Total claim $_____    Priority amount $_____

**2._**   **Priority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**     **Basis for the claim:**

_____     _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

---

Debtor     **SHALOWS 514 CORP.**                            Case number (if known)_____
          Name

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                **Amount of claim**

**3.1** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number    __ __ __ __

**3.2** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number    __ __ __ __

**3.3** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number    __ __ __ __

**3.4** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number    __ __ __ __

**3.5** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number    __ __ __ __

**3.6** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number    __ __ __ __

Debtor  <u>SHALOWS 514 CORP.</u>                                    Case number *(if known)*_____
Name

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

3.___  **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:   $_____
                                                                  *Check all that apply.*
_____                                     ☐ Contingent
                                                                  ☐ Unliquidated
_____                                     ☐ Disputed
                                                                  ☐ Liquidated and neither contingent nor
_____                                        disputed

                                                                  Basis for the claim: _____

**Date or dates debt was incurred**   _____               **Is the claim subject to offset?**
**Last 4 digits of account number**   __ __ __ __                ☐ No
                                                                  ☐ Yes

3.___  **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:   $_____
                                                                  *Check all that apply.*
_____                                     ☐ Contingent
                                                                  ☐ Unliquidated
_____                                     ☐ Disputed
_____

                                                                  Basis for the claim: _____

**Date or dates debt was incurred**   _____               **Is the claim subject to offset?**
**Last 4 digits of account number**   __ __ __ __                ☐ No
                                                                  ☐ Yes

3.___  **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:   $_____
                                                                  *Check all that apply.*
_____                                     ☐ Contingent
                                                                  ☐ Unliquidated
_____                                     ☐ Disputed
_____

                                                                  Basis for the claim: _____

**Date or dates debt was incurred**   _____               **Is the claim subject to offset?**
**Last 4 digits of account number**   __ __ __ __                ☐ No
                                                                  ☐ Yes

3.___  **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:   $_____
                                                                  *Check all that apply.*
_____                                     ☐ Contingent
                                                                  ☐ Unliquidated
_____                                     ☐ Disputed
_____

                                                                  Basis for the claim: _____

**Date or dates debt was incurred**   _____               **Is the claim subject to offset?**
**Last 4 digits of account number**   __ __ __ __                ☐ No
                                                                  ☐ Yes

3.___  **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:   $_____
                                                                  *Check all that apply.*
_____                                     ☐ Contingent
                                                                  ☐ Unliquidated
_____                                     ☐ Disputed
_____

                                                                  Basis for the claim: _____

**Date or dates debt was incurred**   _____               **Is the claim subject to offset?**
**Last 4 digits of account number**   __ __ __ __                ☐ No
                                                                  ☐ Yes

---

Debtor    SHALOWS 514 CORP.            Case number (if known) _____
       Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

     If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. _____ | Line ____  ☐ Not listed. Explain _____ | ＿ ＿ ＿ ＿ |
| 4.2. _____ | Line ____  ☐ Not listed. Explain _____ | ＿ ＿ ＿ ＿ |
| 4.3. _____ | Line ____  ☐ Not listed. Explain _____ | ＿ ＿ ＿ ＿ |
| 4.4. _____ | Line ____  ☐ Not listed. Explain _____ | ＿ ＿ ＿ ＿ |
| 4.5. _____ | Line ____  ☐ Not listed. Explain _____ | ＿ ＿ ＿ ＿ |
| 4.6. _____ | Line ____  ☐ Not listed. Explain _____ | ＿ ＿ ＿ ＿ |
| 4.7. _____ | Line ____  ☐ Not listed. Explain _____ | ＿ ＿ ＿ ＿ |
| 4.8. _____ | Line ____  ☐ Not listed. Explain _____ | ＿ ＿ ＿ ＿ |
| 4.9. _____ | Line ____  ☐ Not listed. Explain _____ | ＿ ＿ ＿ ＿ |
| 4.10. _____ | Line ____  ☐ Not listed. Explain _____ | ＿ ＿ ＿ ＿ |
| 4.11. _____ | Line ____  ☐ Not listed. Explain _____ | ＿ ＿ ＿ ＿ |
| 4.12. _____ | Line ____  ☐ Not listed. Explain _____ | ＿ ＿ ＿ ＿ |

Debtor   SHALOWS 514 CORP.
         Name

Case number (if known)_____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4.__  
_____  
_____  
Line ____  
☐ Not listed. Explain _____  
____  ____  ____  ____

4.__  
_____  
_____  
Line ____  
☐ Not listed. Explain _____  
____  ____  ____  ____

4.__  
_____  
_____  
Line ____  
☐ Not listed. Explain _____  
____  ____  ____  ____

4.__  
_____  
_____  
Line ____  
☐ Not listed. Explain _____  
____  ____  ____  ____

4.__  
_____  
_____  
Line ____  
☐ Not listed. Explain _____  
____  ____  ____  ____

4.__  
_____  
_____  
Line ____  
☐ Not listed. Explain _____  
____  ____  ____  ____

4.__  
_____  
_____  
Line ____  
☐ Not listed. Explain _____  
____  ____  ____  ____

4.__  
_____  
_____  
Line ____  
☐ Not listed. Explain _____  
____  ____  ____  ____

4.__  
_____  
_____  
Line ____  
☐ Not listed. Explain _____  
____  ____  ____  ____

4.__  
_____  
_____  
Line ____  
☐ Not listed. Explain _____  
____  ____  ____  ____

4.__  
_____  
_____  
Line ____  
☐ Not listed. Explain _____  
____  ____  ____  ____

4.__  
_____  
_____  
Line ____  
☐ Not listed. Explain _____  
____  ____  ____  ____

4.__  
_____  
_____  
Line ____  
☐ Not listed. Explain _____  
____  ____  ____  ____

4.__  
_____  
_____  
Line ____  
☐ Not listed. Explain _____  
____  ____  ____  ____

Debtor   SHALOWS 514 CORP.
         Name

Case number (if known)_____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5. Add the amounts of priority and nonpriority unsecured claims.

**Total of claim amounts**

5a. **Total claims from Part 1**                     5a.        $_____

5b. **Total claims from Part 2**                     5b.   **+**  $_____

5c. **Total of Parts 1 and 2**
    Lines 5a + 5b = 5c.                              5c.        $_____

| | |
|---|---|
| **Fill in this information to identify the case:** | |
| Debtor name  SHALOWS 514 CORP. | |
| United States Bankruptcy Court for the: SOUTHERN    District of  NY | |
| | (State) |
| Case number (If known): _____    Chapter _____ | |

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | _____ | _____ |
| | State the term remaining | _____ | _____ |
| | List the contract number of any government contract | _____ | _____ |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | _____ | _____ |
| | State the term remaining | _____ | _____ |
| | List the contract number of any government contract | _____ | _____ |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | _____ | _____ |
| | State the term remaining | _____ | _____ |
| | List the contract number of any government contract | _____ | _____ |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | _____ | _____ |
| | State the term remaining | _____ | _____ |
| | List the contract number of any government contract | _____ | _____ |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | _____ | _____ |
| | State the term remaining | _____ | _____ |
| | List the contract number of any government contract | _____ | _____ |

Debtor    **SHALOWS 514 CORP.**
_____    Case number *(if known)*_____
          Name

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

List all contracts and unexpired leases    State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

2._  State what the contract or lease is for and the nature of the debtor's interest
     _____    _____
     _____    _____
     State the term remaining    _____
     List the contract number of any government contract    _____    _____

2._  State what the contract or lease is for and the nature of the debtor's interest
     _____    _____
     _____    _____
     State the term remaining    _____
     List the contract number of any government contract    _____    _____

2._  State what the contract or lease is for and the nature of the debtor's interest
     _____    _____
     _____    _____
     State the term remaining    _____
     List the contract number of any government contract    _____    _____

2._  State what the contract or lease is for and the nature of the debtor's interest
     _____    _____
     _____    _____
     State the term remaining    _____
     List the contract number of any government contract    _____    _____

2._  State what the contract or lease is for and the nature of the debtor's interest
     _____    _____
     _____    _____
     State the term remaining    _____
     List the contract number of any government contract    _____    _____

2._  State what the contract or lease is for and the nature of the debtor's interest
     _____    _____
     _____    _____
     State the term remaining    _____
     List the contract number of any government contract    _____    _____

2._  State what the contract or lease is for and the nature of the debtor's interest
     _____    _____
     _____    _____
     State the term remaining    _____
     List the contract number of any government contract    _____    _____

Official Form 206G    Schedule G: Executory Contracts and Unexpired Leases    page ___ of ___

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>SHALOWS 514 CORP.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Eastern District     District of NY<br>(State)</td></tr>
<tr><td>Case number (if known):</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

    ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

    ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1: Codebtor* | | *Column 2: Creditor* | |
|---|---|---|---|
| **Name**    Mailing address | | **Name** | *Check all schedules that apply:* |
| 2.1   Sharon Carlton | 514 East 119th Street _Street_ <br> New York   NY   10035 <br> _City_   _State_   _ZIP Code_ | | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _Street_ <br><br> _City_   _State_   _ZIP Code_ | | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _Street_ <br><br> _City_   _State_   _ZIP Code_ | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _Street_ <br><br> _City_   _State_   _ZIP Code_ | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 | _Street_ <br><br> _City_   _State_   _ZIP Code_ | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 | _Street_ <br><br> _City_   _State_   _ZIP Code_ | | ☐ D <br> ☐ E/F <br> ☐ G |

Debtor    SHALOWS 514 CORP.
_____    Case number (if known)_____
Name

| **Additional Page if Debtor Has More Codebtors** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**    Column 2: **Creditor**

Name    Mailing address    Name    Check all schedules
that apply:

2.___  _____    Street _____    _____    ❏ D
❏ E/F
❏ G
City        State        ZIP Code

2.___  _____    Street _____    _____    ❏ D
❏ E/F
❏ G
City        State        ZIP Code

2.___  _____    Street _____    _____    ❏ D
❏ E/F
❏ G
City        State        ZIP Code

2.___  _____    Street _____    _____    ❏ D
❏ E/F
❏ G
City        State        ZIP Code

2.___  _____    Street _____    _____    ❏ D
❏ E/F
❏ G
City        State        ZIP Code

2.___  _____    Street _____    _____    ❏ D
❏ E/F
❏ G
City        State        ZIP Code

2.___  _____    Street _____    _____    ❏ D
❏ E/F
❏ G
City        State        ZIP Code

2.___  _____    Street _____    _____    ❏ D
❏ E/F
❏ G
City        State        ZIP Code

**Fill in this information to identify the case and this filing:**

Debtor Name __SHALOWS 514 CORP.__

United States Bankruptcy Court for the: __SOUTHERN__    District of __NY__
(State)

Case number (If known): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING — Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __05/06/2025__    ✖ _Sharon Carlton_
MM / DD / YYYY            Signature of individual signing on behalf of debtor

SHARON CARLTON
Printed name

PRESIDENT
Position or relationship to debtor

Official Form 202        Declaration Under Penalty of Perjury for Non-Individual Debtors

## United States Bankruptcy Court
## Southern District of New York

_____X

In re:
SHALOWS 514 CORP.,

                                        Case No.:

                                        Chapter 11

                    Debtor.

_____X

### CORPORATE RESOLUTION PURSUANT TO S.D.N.Y. LBR 1074-1

A meeting of the Board of Directors of Shalows 514 Corp. (the "Corporation") was duly called and held on May 6, 2025, at which a quorum was present and acted throughout.

The following resolution was adopted:

RESOLVED, that in the judgment of the Board of Directors, it is desirable and in the best interest of the Corporation, its creditors, and other parties in interest, that the Corporation file a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code; and

FURTHER RESOLVED, that Sharon Carlton, President of the Company, is hereby authorized, empowered, and directed to execute and file on behalf of the Corporation all petitions, schedules, lists, and other papers or documents, and to take any and all action necessary or proper to obtain relief under Chapter 11 of the United States Bankruptcy Code, including without limitation, the execution and delivery of any agreements, instruments, and documents deemed necessary or appropriate by the Vice President.

FURTHER RESOLVED, that Sharon Carlton is authorized to retain legal counsel, accountants, financial advisors, or other professionals to assist the Corporation in the Chapter 11 case and to take any and all other actions that may be deemed necessary or appropriate to carry out the foregoing resolution.

The undersigned certifies that the foregoing is a true and correct copy of the resolution duly adopted by the Board of Directors of Shalows 514 Corp..

Dated: May 6, 2025
Respectfully Submitted,

Shalows 514 Corp..

By: Sharon Carlton
Title: President
Address: 514 East 119th Street
New York, NY 10035

**United States Bankruptcy Court**
**Southern District of New York**

_____X

In re:
Shalows 514 Corp.,

                         Case No.:

                         Chapter 11

           Debtor.

_____X

**CORPORATE OWNERSHIP STATEMENT PURSUANT TO FED. R. BANKR. P. 1007(a)(1)**

Pursuant to Fed. R. Bankr. P. 1007(a)(1) and to enable the Judges to evaluate possible disqualification or recusal, the undersigned authorized officer of Shalows 514 Corp. (the "Debtor") certifies the following:

1. Parent Corporations and Ownership Interests:
   The Debtor states that there are no parent corporations.

2. Equity Holders:
   The Debtor states that there are no publicly held corporations that directly or indirectly own 10% or more of any class of the Debtor's equity interests.

The Debtor certifies that the above information is true and correct to the best of its knowledge and belief.

Dated: May 6, 2025
Respectfully Submitted,

                         Shalows 514 Corp..

                         By: Sharon Carlton
                         Title: President
                         Address: 514 East 119th Street
                         New York, NY 10035

# BYLAWS OF SHALOWS 514 CORP.
## (A New York Corporation)

## ARTICLE I – NAME AND OFFICES

Shalows 514 Corp. was incorporated on May 3, 2025. The sole shareholder and director is Sharon Carlton.

### Section 1. Name

The name of the corporation is Shalows 514 Corp., incorporated under the laws of the State of New York.

### Section 2. Principal Office

The principal office of the corporation shall be located at 514 East 119th Street, New York, NY 10035, or at such other location as the Board of Directors may designate.

## ARTICLE II – SHAREHOLDERS

### Section 1. Annual Meeting

The annual meeting of shareholders shall be held at a date, time, and place determined by the Board of Directors. The purpose of the meeting shall be to elect directors and conduct other business as needed.

### Section 2. Special Meetings

Special meetings of shareholders may be called by the President or the Board of Directors.

### Section 3. Notice of Meetings

Written notice of each meeting shall be given to each shareholder at least ten (10) days before the meeting, specifying the time, place, and purpose.

### Section 4. Quorum and Voting

A majority of the outstanding shares entitled to vote shall constitute a quorum. Each shareholder shall be entitled to one vote per share owned.

### Section 5. Number of Shares

The total authorized shares of the corporation shall be 200 common shares, all allocated to Sharon Carlton as the sole shareholder.

## ARTICLE III – BOARD OF DIRECTORS

### Section 1. Number and Term

The corporation shall have a Board of Directors consisting of at least one (1) and no more than five (5) directors, as determined by the shareholder. Directors shall serve until their successors are elected and qualified.

### Section 2. Powers and Duties

The Board shall manage the business and affairs of the corporation, including appointing officers and setting corporate policies.

### Section 3. Meetings

Regular meetings of the Board shall be held as scheduled by the Board. Special meetings may be called by the President with at least two (2) days notice.

### Section 4. Quorum

A majority of the Board shall constitute a quorum. Actions shall be approved by a majority vote of those present.

## ARTICLE IV – OFFICERS

### Section 1. Officers and Duties

The officers of the corporation shall consist of:
- President: Sharon Carlton – Chief executive officer, oversees the corporation's operations.
- Secretary: Sharon Carlton – Maintains corporate records and minutes.
- Treasurer: Sharon Carlton – Handles corporate finances.

The Board may appoint additional officers as needed.

### Section 2. Term and Removal

Officers shall serve at the pleasure of the Board and may be removed at any time by a majority vote.

## ARTICLE V – STOCK CERTIFICATES

**Section 1. Issuance of Shares**
The corporation may issue shares as authorized by its Certificate of Incorporation. Each shareholder shall receive a certificate representing their shares unless the corporation elects to use uncertificated shares.

**Section 2. Transfer of Shares**

Shares may be transferred by endorsement and delivery of the certificate or electronic transfer in accordance with New York law.

## ARTICLE VI – AMENDMENTS

These Bylaws may be amended by the Board of Directors or by the shareholder holding at least a majority of the outstanding shares.

## ARTICLE VII – INDEMNIFICATION

The corporation shall indemnify its directors and officers to the fullest extent permitted by New York law.

## ARTICLE VIII – DISSOLUTION

The corporation may be dissolved upon approval by the shareholder and in compliance with New York law.

## CERTIFICATION

These Bylaws were adopted by the Board of Directors of Shalows 514 Corp. following the meeting held on May 3, 2025.

/ss/Sharon Carlton
Sharon Carlton
Secretary

# UNITED STATES BANKRUPTCY COURT

### Southern District of New York

In re:   SHALOWS 514 CORP.＿＿＿＿＿＿＿        Case No: ＿＿＿＿＿＿＿＿ (if known)
                                                        Chapter ＿11＿

          Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verifies that the attached list of creditors is true and correct to the best of my/their knowledge.

Date 05/06/2025＿                    ＿＿＿＿＿＿＿＿＿＿＿＿＿＿
                                       Debtor

Date: ＿＿＿＿＿＿                    ＿＿＿＿＿＿＿＿＿＿＿＿＿＿
                                       Joint Debtor

CREDITOR MATRIX

Select Portfolio Services
P.O Box 65250
Salt Lake City, UT 84165-0250

Planet Home Lending
321 Research Parkway, Suite 303
Meriden, CT 06450